# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2026-1861

**Short Case Caption:** Minority Veterans of America v. Secretary of Veterans Affairs

**Filing Party** Secretary of Veterans Affairs

---

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

---

Issues to be raised on appeal:

Respondent intends to respond to all arguments the petitioner raises in this appeal.

---

Relief awarded below (if damages, specify):   ◼ None/Not Applicable

---

Briefly describe the judgment/order appealed from:

This is a petition for review under 38 U.S.C. § 502. The challenged rulemaking prohibits VA from providing abortion counseling and abortion care unless the patient's life is at risk.

| Nature of Judgment (select one:) | Date of Judgment: |
|---|---|
| ☐ Final Judgment, 28 USC § 1295<br>☐ Rule 54(b)<br>☐ Interlocutory Order (specify type) _____<br>◾ Other (explain)   Review of VA rulemaking under 38 U.S.C. § 502 | |

Date: 6/5/2026

Signature: KARA WESTERCAMP    Digitally signed by KARA WESTERCAMP
Date: 2026.06.05 14:33:01 -04'00'

Name: Kara M. Westercamp