IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| MINORITY VETERANS OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF VETERANS AFFAIRS,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2026-1861 |

**RESPONDENT'S UNOPPOSED MOTION FOR**
**<u>EXTENSION OF TIME TO FILE RESPONSE BRIEF</u>**

Pursuant to Rule 26(b) of the Rules of this Court, respondent, the Secretary of Veterans Affairs, respectfully requests an extension of time of 61 days, to and including February 8, 2027, within which to file the response to petitioner's opening brief. Our response brief is currently due December 9, 2026. We have not previously requested an extension of time for this purpose. Counsel for petitioner, Minority Veterans of America, has indicated that petitioner does not object to this request.

Despite diligent efforts to prepare a response brief by the current due date, the need for an extension of time has become apparent. Counsel of record for the Secretary is currently, unexpectedly out of the office due to, and otherwise has been expending time in connection with, a death in the family. Further, counsel will be out of the office Thanksgiving week, November 23 through November 27, 2026, on pre-planned and pre-paid travel.

Moreover and having a greater effect on the need for the time requested, the petition challenges rulemaking accompanied by an extensive administrative record and raises important issues. Seven *amicus* briefs have been filed in support of petitioner. Counsel of record requires additional time to coordinate with counsel for the Department of Veterans Affairs and to prepare respondent's brief. Thereafter, counsel will need additional time to complete the internal review process at the Department of Justice. The necessary coordination and iterative review processes will be affected by many of the needed personnel being unavailable at various times during the end-of-the-year holiday season.

For these reasons, we respectfully request that the Court grant this unopposed request for a 61-day extension of time, to and including February 8, 2027, within which to file our response brief.

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

MARTIN F. HOCKEY, JR.
Deputy Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director
Commercial Litigation Branch
Civil Division

Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-3873
reginald.blades@usdoj.gov

November 20, 2026

Attorneys for Respondent

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure (FRAP) 27(d)(2)(A). The motion contains 285 words, excluding the parts of the motion exempted by FRAP 27(a)(2)(B), 32(f). In making this certification, I have relied upon the word count function in Microsoft Word.

2. This motion complies with the typeface requirements of FRAP 32(a)(5) and the type-style requirements of FRAP 32(a)(6). The motion has been prepared in a proportionally spaced typeface using Microsoft Word in Garamond, 14-point font.

/s/ Reginald T. Blades, Jr.
November 20, 2026

**DECLARATION OF REGINALD T. BLADES, JR.**

In support of Respondent's Unopposed Motion for Extension of Time to File Response Brief, I declare, pursuant to 28 U.S.C. § 1746, that the facts demonstrating good cause stated in the foregoing are true and correct.

/s/ Reginald T. Blades, Jr.
Reginald T. Blades, Jr.

Executed: November 20, 2026